# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GREGORY MICHAEL SONS,**                                                            **PLAINTIFF**
**#565851**

**v.**            **CASE NO. 3:19-CV-00341 BSM**

**CRAIGHEAD COUNTY**
**DETENTION CENTER,** *et al.*                                             **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 7] is adopted. Sons may proceed with his inadequate medical care claim against Anthony Carter. Sons's claims against Doe and the Craighead County Detention Center are dismissed with prejudice. An *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE