## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GREGORY MICHAEL SONS**                                                        **PLAINTIFF**
**#565851**

**v.**                              **CASE NO. 3:19-CV-00341-BSM**

**ANTHONY CARTER, APRN,**
**Craighead County Detention Center**                                   **DEFENDANT**


## ORDER

Gregory Sons has failed to provide his current mailing address and the time to do so

has expired. [Doc. No. 11]   Mail sent to him has been returned undelivered, with no

forwarding address.  Doc. Nos. 8, 9, 12 & 13.  Accordingly, this lawsuit is dismissed without

prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b).  It is

certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C.

§ 1915(a)(3).

IT IS SO ORDERED this 18th day of September, 2020.


_____
UNITED STATES DISTRICT JUDGE