IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GREGORY MICHAEL SONS**  **PLAINTIFF**
**#565851**

v.   CASE NO. 3:19-CV-00341-BSM

**ANTHONY CARTER, APRN,**
**Craighead County Detention Center**   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE